| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JEROME MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, California  94607 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant FELIX BETANCOURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-40033 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING DISPOSITION DATE |
| v. | ) | |
| | ) | |
| FELIX BETANCOURT | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Felix Betancourt is presently scheduled to appear before the Court for supervised release revocation and disposition on 21 May 2013.  Defense counsel is unavailable on that date due to a number of previously scheduled jail interviews and a pre-sentence interview with United States Probation.  IT IS THEREFORE STIPULATED AND AGREED that the revocation and disposition hearing in this matter be continued to 9 July 2013.          /s/

Dated: 17 May 2013                                   _____
                                                     JEROME E. MATTHEWS
                                                     Assistant Federal Public Defender


                                                     /s/
Dated: 17 May 2013                                   _____
                                                     MAUREEN BESSETTE
                                                     Assistant United States Attorney

STIP/ORDER

For the reasons set forth in the foregoing stipulation and good cause appearing therefor,

IT IS ORDERED that the revocation and disposition hearing in this matter be continued to 9 July 2013.

Dated: May 20, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORDER